STATE v. BROWN

No. 29P01

Case below: 140 N.C. App. 788

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 1 February 2001. Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 1 February 2001. Justice Wainwright recused.

STATE v. BROWN

No. 93P01

Case below: 141 N.C. App. 351

Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 1 March 2001. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 1 March 2001.

STATE v. BUCHANAN

No. 42P01

Case below: 141 N.C. App. 150

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 1 February 2001.

STATE v. CHOPPY

No. 47P01

Case below: 141 N.C. App. 32

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 5 April 2001. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 April 2001.